JS - 6
**FILED: 8/7/13**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

*Beijing Automotive Industry Import and Export Corporation*

        **Plaintiff,**

    v.

*Indian Industries, Inc., dba Escalade Sports*

        **Defendants.**

CASE NO. CV 13-4279-GHK (SHx)

JUDGMENT

    Pursuant to the Court's August 7, 2013 Order, IT IS HEREBY ADJUDGED that Plaintiff Beijing Automotive Industry Import and Export Corporation's claims against Defendant Indian Industries, Inc., dba Escalade Sports ("Defendant"), are DISMISSED without prejudice for lack of personal jurisdiction over Defendant.

**IT IS SO ORDERED**.

DATED: August 7, 2013

                              _____
                              GEORGE H. KING
                           Chief United States District Judge